IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MICHAEL TITUS                                                                                         PLAINTIFF

v.                                          CIVIL NO. 6:23-cv-06075-MEF

KILOLO KIJAKAZI, Acting Commissioner
Social Security Administration                                                                     DEFENDANT

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On June 12, 2023, Plaintiff, Michael Titus, an inmate in the Arkansas Division of Corrections, filed a Complaint pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of Social Security. (ECF No. 1). In so doing, however, he failed to pay the $400 filing fee or file an Application to Proceed In Forma Pauperis. On June 12, 2023, this Court filed an Order provisionally filing the Plaintiff's Complaint and directing him to pay the filing fee or submit an Application to Proceed In Forma Pauperis by July 3, 2023, or risk having his Complaint dismissed for failure to obey a court order. (ECF No. 2). On June 28, said Order was returned to this Court as undeliverable, indicating that the Plaintiff was "Not Here." (ECF No. 4). The Plaintiff was then given 30 days to provide a new address to this Court but failed to do so. (*Id.*). Accordingly, the undersigned entered a Show Cause Order on August 7, giving the Plaintiff an additional 21 days to cure the defect or his Compliant would be dismissed. (ECF No. 5). No response has been filed and there is no evidence to suggest that this Order was undeliverable.

Accordingly, dismissal of the action is appropriate pursuant to FED. R. CIV. P. 41(b), and the undersigned recommends that the Clerk of Court be directed to dismiss his Complaint without prejudice.

**The parties have fourteen (14) days from receipt of our report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. We remind the parties that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this the 7th day of September 2023.

/s/ Mark E. Ford
HONORABLE MARK E. FORD
UNITED STATES MAGISTRATE JUDGE