IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MICHAEL TITUS                                                                                                    PLAINTIFF

v.                                              Case No. 6:23-cv-6075

KILOLO KIJAKAZI, Acting Commissioner,
Social Security Administration                                                                         DEFENDANT

## ORDER

Before the Court is a Report and Recommendation issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 6. Judge Ford recommends that Plaintiff's case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failing to prosecute this matter.

Plaintiff has not filed an objection to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding that there is no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 6) *in toto*. Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 8th day of November, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge